IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHALMERS A. SIMPSON, JR. | : | CIVIL ACTION |
| v. | : | |
| LAUREL HARRY, et. al. | : | NO. 16-0239 |

**ORDER**

AND NOW, this 20th day of June, 2016, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 (Doc. 3), and Respondents' answer which was filed as a motion to dismiss (Doc. 7), and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Attorney General's motion to dismiss is GRANTED and the petition for a writ for habeas corpus filed pursuant to 28 U.S.C. § 2254 is DISMISSED AS MOOT.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

C. DARNELL JONES, II J.